# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| Patrick Armstrong, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| Youngquist Brothers; Oil & Gas, N.D. Inc. and Youngquist Brothers, Inc., | ) ) | |
| | ) | Case No. 4:14-cv-097 |
| Defendants. | ) | |

Before the court is a motion for attorney Mark Komray to appear *pro hac vice* on defendants' behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Mark Komray has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 10) is **GRANTED**. Attorney Mark Komray is admitted to practice before this court in the above-entitled action on defendant's behalf.

**IT IS SO ORDERED.**

Dated this 18th day of November, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge